

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00270-CR

———————————————

KEDRIEN OFFORD, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1653299D

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Memorandum Opinion by Justice Birdwell

## MEMORANDUM OPINION

The trial court convicted Appellant Kedrien Offord of three counts of aggravated assault with a deadly weapon and a single count of deadly conduct on his open pleas of guilty and, after considering the presentence investigation report (PSI), sentenced him to seven years' confinement for each count, to be served concurrently. *See* Tex. Penal Code Ann. §§ 22.02, 22.05.

In a single point, Offord complains that the trial court's consideration of the PSI at punishment violated his confrontation rights under the Sixth Amendment. However, he acknowledges that the Texas Court of Criminal Appeals has held otherwise, *see Stringer v. State*, 309 S.W.3d 42, 48 (Tex. Crim. App. 2010),[1] and that he merely raises the argument "for a change or reversal in the law." Bound by the court's pronouncement in *Stringer*, *see Sell v. State*, 488 S.W.3d 397, 399 (Tex. App.—Fort Worth 2016, pet. ref'd), we overrule Offord's sole point and affirm the trial court's judgment.

/s/ Wade Birdwell

Wade Birdwell
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  June 29, 2023

---

[1]In *Stringer*, the Court of Criminal Appeals held that "[w]hen the sentence is determined by the judge, the information in a PSI is not subject to the Confrontation Clause." 309 S.W.3d at 48.